BRIAN C. ANDERSON (State Bar No. 126539)
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

TROY M. YOSHINO (State Bar No. 197850)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE, and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 03-02628 MEJ<br><br>**FORD MOTOR COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: July 17, 2003<br>Time: 10:00 a.m.<br>Courtroom: B<br><br>Hon. Maria-Elena James |

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION TO DISMISS** |
| 2 | TO PLAINTIFFS AND THEIR COUNSEL OF RECORD: |
| 3 | PLEASE TAKE NOTICE THAT ON July 17, 2003, or as soon thereafter as the |
| 4 | matter may be heard in the above-entitled Court located at Courtroom B, United States |
| 5 | Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, defendant Ford Motor |
| 6 | Company ("Ford") will and hereby does move this Court for an order dismissing all counts of |
| 7 | plaintiffs' Complaint for failure to state a claim, pursuant to Rule 12(b)(6) of the Federal Rules of |
| 8 | Civil Procedure. This motion is based on this Notice of Motion and Motion, the pleadings on file |
| 9 | in this matter, the following Memorandum of Points and Authorities, and other relevant materials |
| 10 | and evidence as may be presented to the Court. |
| 11 | By this motion, Ford seeks an order dismissing with prejudice all counts of |
| 12 | plaintiffs' Complaint. |

Dated: June 12, 2003          O'MELVENY & MYERS LLP


By:   /s/ Troy M. Yoshino
       Troy M. Yoshino
Attorneys for Defendant
FORD MOTOR COMPANY

SF1:511911.2