BRIAN C. ANDERSON (State Bar No. 126539)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

TROY M. YOSHINO (State Bar No. 197850)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE, and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 03-02628 CW<br><br>**FORD MOTOR COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO FORD'S MOTION TO DISMISS**<br><br>Date: August 1, 2003<br>Time: 10:00 a.m.<br>Courtroom: 2<br><br>Hon. Claudia Wilken |

## REQUEST FOR JUDICIAL NOTICE

Defendant Ford Motor Company ("Ford") requests that the Court take judicial notice of the legal effect of the document attached hereto as Exhibit A, which is a true and correct copy of the Final Order and Judgment rendered in *Howard v. Ford Motor Co.*, Case No. 753785-2 (Alameda Cty. Super. Ct. June 21, 2002) ("Final Judgment"). Judicial notice of this document is proper pursuant to Federal Rule of Evidence 201.

Plaintiffs' opposition to Ford's Motion to Dismiss relies heavily on the October 11, 2000 Statement of Decision in *Howard* ("SOD"). *See, e.g.*, Pl. Opp. at 4, 5, 7, 8. But plaintiffs fail to mention that the Final Judgment entered in *Howard* expressly **vacated** the SOD. *See* Exhibit A (Final Judgment ¶ 11).

The Final Judgment has been entered in the files of the Superior Court of the State of California for Alameda County. This Court may take judicial notice of the legal effect of documents contained in a state court's files. *See, e.g.*, *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking judicial notice of state court's final judgment for purposes of applying *res judicata*); *Anderson v. Rinaldo*, 1997 WL 46728, at *10 n.1 (N.D. Cal. Feb. 2, 1994).

Because plaintiffs present the SOD in a misleading light and fail to inform the Court that the interim SOD was vacated by the Final Judgment, Ford requests that the Court take judicial notice of the legal effect of the Final Judgment.

Dated: July 18, 2003

Respectfully submitted,

O'MELVENY & MYERS LLP

By     /s/ Troy M. Yoshino
Troy M. Yoshino
Attorneys for Defendant
FORD MOTOR COMPANY

SF1:517392.1