LEVY, RAM & OLSON LLP
MICHAEL F. RAM (SBN 104805)
HEATHER M. MILLS (SBN 215293)
639 Front Street, Fourth Floor
San Francisco, California 94111-1913
Telephone:    (415) 433-4949
Facsimile:     (415) 433-7311

Attorneys for Plaintiffs, Class Members and the General Public

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Chamberlan, Brian Champine and Henry Fok, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br>　v.<br><br>Ford Motor Company, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | No.  C 03 2628 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.P. 41(a), PLAINTIFF BRIAN CHAMPINE voluntarily dismisses his individual claims in this action against Ford Motor Company and Does 1 through 20, inclusive, without prejudice.

Dated:  November 4, 2003　　　　　　　　LEVY, RAM & OLSON LLP


　　　　　　　　　　　　　　　　By:    */s/ Michael F. Ram*
　　　　　　　　　　　　　　　　　　　Michael F. Ram
　　　　　　　　　　　　　　　　　　　Heather M. Mills


　　　　　　　　　　　　　　　　CUNNINGHAM, BOUNDS, YANCE,
　　　　　　　　　　　　　　　　　 CROWDER & BROWN
　　　　　　　　　　　　　　　　Richard T. Dorman, Esq.
　　　　　　　　　　　　　　　　Gregory B. Breedlove
　　　　　　　　　　　　　　　　P.O. Box 66705
　　　　　　　　　　　　　　　　Mobile, Alabama 36660
　　　　　　　　　　　　　　　　Telephone:    (251) 471-6191
　　　　　　　　　　　　　　　　Facsimile:     (251) 479-1031

F:\Docs\988-01\Pleadings\Champine Dismissal.wpd


**PROOF OF SERVICE**

I, Cheryl F. Pritchard, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL**

on the following person(s) in this action addressed as follows:

Brian C. Anderson
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

X   **BY FIRST CLASS MAIL - I am readily familiar with my firm's practices for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.**

☐   BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐   BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

☐   BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 4, 2003 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ Cheryl F. Pritchard*
　　　　　　　　　　　　　　　　　　　　Cheryl F. Pritchard