BRIAN C. ANDERSON (S.B. #126539)
MATTHEW M. SHORS (admitted *pro hac vice*)
MICHAEL E. STAMP (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

MICHAEL F. TUBACH (S.B. #145955)
RANDALL W. EDWARDS (S.B. #179053)
STEVEN E. SWANEY (S.B. #221437)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 25th Floor
San Francisco, CA 94111-3344
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C 03-02628 CW<br><br>**STIPULATION TO CONTINUE PRELIMINARY SETTLEMENT APPROVAL HEARING FROM JUNE 10, 2005 TO JUNE 17, 2005**<br><br>[N.D. CAL. L.R. 6-2] |

1   Pursuant to N.D. Cal. Local Rule 6-2, the parties hereby stipulate to the
2   continuation of the June 10, 2005 hearing on the parties' joint request for preliminary
3   approval of the class-wide settlement of this action. As explained in the accompanying
4   Declaration of Randall W. Edwards, the parties have agreed, subject to the Court's
5   approval, to continue the preliminary approval hearing until June 17, 2005 in order to
6   ensure that the agreement will be finally approved by Ford management before the
7   hearing.

Dated: June 9, 2005                         O'MELVENY & MYERS LLP


By:     /s/ Randall W. Edwards
        Randall W. Edwards

Attorney for Defendant
FORD MOTOR COMPANY


Dated: June 9, 2005                         LEVY, RAM & OLSON LLP


By:     /s/ Michael F. Ram
        Michael F. Ram

Attorneys for Plaintiff Class

SF1:589869.1

- 1 -                                       STIPULATION TO CONTINUE PRELIMINARY
                                            SETTLEMENT APPROVAL HEARING