# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C 03-02628 CW<br><br>**ORDER CONTINUING PRELIMINARY SETTLEMENT APPROVAL HEARING** |

Good cause appearing, IT IS HEREBY ORDERED that the June 10, 2005 preliminary settlement approval hearing is continued until June 17, 2005 at 10:00 a.m.

[

Dated: __6/9/05_____, 2005

/S/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

SF1:589876.1