# EXHIBIT 2

**IF YOU OWN OR LEASE OR PREVIOUSLY OWNED OR LEASED ONE OF THE FORD CARS LISTED BELOW EQUIPPED WITH A 4.6 LITER, 2-VALVE, V-8 ENGINE**

**Please Read This Legal Notice Carefully, Your Legal Rights Could Be Affected**

| Car | Model Year |
|---|---|
| Mercury Grand Marquis | 1996-2001 |
| Lincoln Town Car | 1996-2001 |
| Ford Crown Victoria | 1996-2001 |
| Mercury Cougar; Ford Thunderbird and Mustang | 1997 (build date after 6/24/97) |
| Ford Mustang | 1998-2001 (some vehicles) |
| Ford Explorer | 2002 (some vehicles) |

A Court has preliminarily approved a Proposed Settlement of several related class action lawsuits that may affect your rights. It involves the Ford vehicles listed above, specifically those with a 4.6L, 2-valve V-8 engine that were originally equipped with an all nylon-composite air intake manifold. The Court has scheduled a Fairness Hearing for final approval of the Proposed Settlement. Benefits for Class Members will only be made if the Court grants final approval.

*Who is a Class Member?*

If you own or lease or previously owned or leased one of the Class Vehicles listed above equipped with a 4.6 liter, 2-valve, V-8 engine originally equipped with an all nylon-composite air intake manifold, you may be entitled to receive benefits under the Proposed Settlement.

*What Will Class Members Receive?*

If the Court gives final approval to the Proposed Settlement, Class Members will receive retroactive seven-year extended warranty coverage, regardless of mileage, for the all nylon-composite intake manifolds in Class Vehicles. Specifically, the extended warranty will cover fatigue cracking of the coolant crossover passage of the all nylon-composite intake manifold in the Class Vehicles. The benefits of the Proposed Settlement are further described in the mailed Notice.

Mailed Notices that describe the Proposed Settlement terms, conditions and benefits have been sent to persons who are registered owners of the Class Vehicles listed above. If you are a Class Member and you did not receive a mailed Notice, you may obtain one free of charge by calling toll-free 1-**[insert]** or by visiting www.**[insert]**.com.

*What Are My Legal Rights?*

If you wish to remain a member of the Class, you need not do anything at this time, but you will be bound by any Court orders or judgments.

If you wish to exclude yourself from the Class, you must mail a personally signed, written request to be excluded to the *Chamberlan Settlement Administrator* at the following address: **[insert]**. Your written request must be postmarked by **[insert]**. If you exclude yourself from the Class, you will not benefit from any recovery for the Class or be bound by any Court orders or judgments.

If you do not wish to exclude yourself from the Class and you wish to object to the Proposed Settlement, you must send a written objection and any supporting papers by U.S. mail, first-class and postage paid, to the following address: **[insert]**. All objections and any supporting papers must be postmarked no later than **[insert]**.

*When Will the Court Decide Whether To Approve the Proposed Settlement?*

On September 30, 2005, at 10:00 a.m., United States District Judge Claudia Wilken will hold a Fairness Hearing to determine whether to approve the Proposed Settlement. To find out if the Proposed Settlement has been approved, please visit www.**[insert]**.com or call the toll-free number at 1-**[insert]**.

*This Notice Is Only A Summary*

For additional information about the Proposed Settlement, you may visit the Web site at www.**[insert]**.com or call toll-free 1-**[insert]** or contact Class Counsel at Levy, Ram & Olson LLP, 639 Front Street, San Francisco, California 94111 or at class@lrolaw.com, or Cunningham, Bounds, Yance, Crowder & Brown, 1601 Dauphin Street, Mobile, AL. 36604 or at info@cbycb.com

*Do not contact Ford Motor Company or its counsel regarding this Proposed Settlement.  The Court cannot answer questions about the Proposed Settlement.  Do not call or write the Court for information about the terms of the Proposed Settlement.*

Dated: [insert], 2005
United States District Court for the Northern District of California