1  BRIAN C. ANDERSON (S.B. #126539)
   O'MELVENY & MYERS LLP
2  1625 Eye Street, NW
   Washington, D.C. 20006-4001
3  Telephone:   (202) 383-5300
   Facsimile:    (202) 383-5414
4
   MICHAEL F. TUBACH (S.B. #145955)
5  RANDALL W. EDWARDS (S.B. #179053)
   STEVEN E. SWANEY (S.B. #221437)
6  O'MELVENY & MYERS LLP
   Embarcadero Center West
7  275 Battery Street, 26th Floor
   San Francisco, CA 94111-3344
8  Telephone:   (415) 984-8700
   Facsimile:    (415) 984-8701
9
   Attorneys for Defendant
10 FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>        Plaintiffs,<br><br>   v.<br><br>FORD MOTOR COMPANY and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. C 03-02628 CW<br><br>**STIPULATION TO CONTINUE CLASS ACTION SETTLEMENT FAIRNESS HEARING**<br><br>**[N.D. CAL. LOCAL R. 6-2]** |

Pursuant to Local Rule 6-2, the parties have agreed, subject to the Court's approval, to continue the date for the class action settlement fairness hearing by one week, from September 30, 2005 to October 7, 2005. As explained in the accompanying declaration of Steven E. Swaney, this request for a short continuance was prompted by brief unforeseen delays in the schedule for completion of mailed and published notice to the class and is necessary to ensure that the parties have sufficient time to file responses to objections before the fairness hearing. The parties therefore request that the Court grant their request and reset the hearing date to October 7, 2005.

Dated: August 16, 2005       O'MELVENY & MYERS LLP


By:      */s/ Steven E. Swaney*
         Steven E. Swaney

Attorneys for Defendant
FORD MOTOR COMPANY

Dated: August 16, 2005       LEVY, RAM & OLSON LLP
                             CUNNINGHAM, BOUNDS, YANCE,
                             CROWDER & BROWN


By:      */s/ Heather M. Mills*
         Heather M. Mills

Attorneys for the Plaintiff Class

SF1:597865.1

- 1 -         STIP. TO CONTINUE FINAL APPROVAL HEARING–
              C 03-2628