# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 03-02628 CW<br><br>**ORDER CONTINUING FINAL SETTLEMENT APPROVAL HEARING** |

Good cause appearing, IT IS HEREBY ORDERED that the September 30, 2005 final settlement approval hearing is continued until October 7, 2005 at 10:00 a.m. The new date must be publicized appropriately.

[

Dated:  August 23, 2005                           /S/ CLAUDIA WILKEN

                                                  _____
                                                  THE HONORABLE CLAUDIA WILKEN
                                                  United States District Court Judge

SF1:597869.1