1  LEVY, RAM & OLSON LLP
   MICHAEL F. RAM (SBN 104805)
2  HEATHER M. MILLS (SBN 215293)
   639 Front Street, Fourth Floor
3  San Francisco, California 94111-1913
   Telephone:    (415) 433-4949
4  Facsimile:    (415) 433-7311

5  Attorneys for Plaintiffs

6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10

11  Susan Chamberlan, Brian Champine and Henry  )   No.  C 03 2628 CW
    Fok, on behalf of themselves and all others )
12  similarly situated, and on behalf of the general )  **ORDER TO EXTEND TIME TO FILE**
    public,                                     )   **MOTION OF PLAINTIFF CLASS FOR AN**
13                                              )   **AWARD OF ATTORNEYS' FEES AND**
                Plaintiffs,                     )   **EXPENSES**
14       v.                                     )
                                                )
15  Ford Motor Company, and DOES 1 through 20,  )
    inclusive,                                  )
16                                              )
                Defendants.                     )
17                                              )
                                                )
18  _____ )

19      Good cause appearing, IT IS HEREBY ORDERED that the September 7, 2005 deadline to
20  file the motion of the Plaintiff Class to file the motion for an award of attorneys' fees and litigation
21  expenses is extended until September 26, 2005.  Class Counsel shall serve the motion on Ford's
22  counsel on September 21, 2005.
23
24       9/7/05                                  /s/ CLAUDIA WILKEN
    Dated:_____          _____
25
26                                  THE HONORABLE CLAUDIA WILKEN
                                    United States District Court Judge
27
28

_____
No.  C 03 2628 CW -[PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION OF PLAINTIFF CLASS FOR AN
AWARD OF ATTORNEYS' FEES AND EXPENSES                                              Page 1