BRIAN C. ANDERSON (S.B. #126539)
MATTHEW M. SHORS (Admitted *Pro Hac Vice*)
MICHAEL E. STAMP (Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

MICHAEL F. TUBACH (S.B. # 145955)
RANDALL W. EDWARDS (S.B. # 179053)
STEVEN E. SWANEY (S.B. # 221437)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| SUSAN CHAMBERLAN, BRIAN CHAMPINE and HENRY FOK, on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br> v.<br><br>FORD MOTOR COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. C 03-02628 CW<br><br>**DECLARATION OF ALAN L. DEGRAW IN SUPPORT OF FORD'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1  I, Alan L. DeGraw declare and state as follows:

2      1.    Except as otherwise stated, I am familiar with the matters stated herein from
3  personal knowledge.

4      2.    I am currently employed by Ford Motor Company as an attorney. I have
5  been employed by Ford for approximately three (3) years, and have worked for Ford
6  approximately the last three (3) years as an attorney.

7      3.    Ford Motor Company's North American Vehicle Information System
8  ("NAVIS") database maintains information on vehicles manufactured by Ford. For each
9  vehicle, the NAVIS database identifies the vehicle by its unique Vehicle Identification
10 Number (VIN) and provides the date of vehicle production and the vehicle's warranty
11 start date.

12     4.    I have reviewed the objection letters of the following individuals: Mark
13 Williams, Roberto Sacal, Elizabeth Majors, Margaret Kaczynski, Christel Mancuso, and
14 Carol Faddis.

15     5.    Ford's NAVIS database indicates that the 1997 Ford Thunderbird belonging
16 to Mark Williams, assigned VIN 1FALP45X1VF127887, was manufactured on December
17 11, 1996.

18     6.    Ford's NAVIS database indicates that the 1997 Ford Mustang GT belonging
19 to Roberto Sacal, assigned VIN 1FALP42X3VF189652 was manufactured on June 4,
20 1997.

21     7.    Ford's NAVIS database indicates that the 1997 Ford Thunderbird belonging
22 to Elizabeth Majors, assigned VIN 1FALP62W1VH122796, was manufactured on
23 November 18, 1996.

24     8.    Ford's NAVIS database indicates that the 1997 Mercury Grand Marquis
25 belonging to Margaret Kaczynski, assigned VIN 2MELM75W3VX672892, had a
26 warranty start date of August 4, 1997.

27     9.    Ford's NAVIS database indicates that the 1997 Ford Thunderbird belonging
28 to Christel Mancuso, assigned VIN 1FALP62WXVH144585, was manufactured on

1 | March 27, 1997.

2 |     10.    Ford's NAVIS database indicates that the 1997 Ford Thunderbird belonging to Carol Faddis, assigned VIN 1FALP62W4VH133906, was manufactured on February 12, 1997.

6 | I declare under penalty of perjury that the foregoing is true and correct.

7 |     Executed this 27th day of September, 2005.

                                          */s/ Alan L. DeGraw*
                                          Alan L. DeGraw

SF1:602675.1