UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 12 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN CHAMBERLAN; et al., <br><br> Plaintiffs - Appellees, <br><br> IVEY BURTON, <br><br> Appellant, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant - Appellee. | No. 05-17260 <br><br> D.C. No. CV-03-02628-CW <br> Northern District of California, <br> Oakland <br><br> ORDER |

The parties have stipulated to the dismissal of this case under the Federal Rule of Appellate Procedure 42(b). The case is dismissed with prejudice.

Costs shall be allocated pursuant to the terms of the stipulation.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 12 2005

by:
Deputy Clerk

pro 12.5

INTERNAL USE ONLY: Proceedings include all events.
05-17260 Chamberlan, et al v. Ford Motor Company

| | |
|---|---|
| SUSAN CHAMBERLAN<br>    Plaintiff - Appellee | Michael F. Ram, Esq.<br>FAX 415/433-7311<br>415/433-4949<br>4th Fl.<br>[COR LD NTC ret]<br>LEVY RAM & OLSON, LLP<br>639 Front St.<br>San Francisco, CA 94111-1913<br><br>Heather M. Mills<br>4th Floor<br>[COR LD NTC ret]<br>LEVY, RAM & OLSON LLP<br>639 Front St.<br>San Francisco, CA 94111-1913<br><br>Richard T. Dorman, Esq.<br>251/471-6191<br>[COR LD NTC ret]<br>David G. Wirtes, Jr., Esq.<br>251/471-6191<br>[COR LD NTC ret]<br>Gregory B. Breedlove, Esq.<br>251/472-6191<br>[COR LD NTC ret]<br>R. Edwin Lamberth<br>251/471-6191<br>[COR LD NTC ret]<br>CUNNINGHAM BOUNDS<br>1601 Dauphin St.<br>Mobile, AL 36604 |
| HENRY FOK<br>    Plaintiff - Appellee | Michael F. Ram, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Heather M. Mills<br>(See above)<br>[COR LD NTC ret] |
| IVEY BURTON<br>    Appellant | Stephanie Bolden<br>510/287-9920<br>Suite 802<br>[COR LD NTC ret]<br>LAW OFFICES<br>1440 Broadway<br>Oakland, CA 94612<br><br>Mark Burton<br>662/289-3839<br>[COR LD NTC ret]<br>113 South Madison Street<br>Kosciusko, MS 39090 |

INTERNAL USE ONLY: Proceedings include all events.
05-17260 Chamberlan, et al v. Ford Motor Company

v.

FORD MOTOR COMPANY
    Defendant - Appellee

Randall W. Edwards
FAX 415/984-8701
415/984-8700
[COR LD NTC ret]
O'MELVENY & MYERS, LLP
Embarcadero Center West
275 Battery St.
San Francisco, CA 94111-3305

Troy M. Yoshino, Esq.
FAX 415/989-0932
415/989-5900
Ste. 400
[COR LD NTC ret]
CARROLL BURDICK & McDONOUGH, LLP
44 Montgomery St.
San Francisco, CA 94104

Brian C Anderson
202/383-5300
[COR LD NTC ret]
Barton S. Aronson, Esq.
FAX 202/383-5414
202/383-5300
[COR LD NTC ret]
O'MELVENY & MYERS LLP
1625 Eye St., NW
Washington, DC 20006-4001